IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RAPPSODI R. ALI,**
    Plaintiff,

vs.                              CASE NO.:  3:05cv464/MCR/MD

**JAMES V. CROSBY, et al.,**
    Defendants.
_____/

### O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 14, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

    3.    All pending motions are DENIED as moot.

    4.    The clerk is directed to close the file.

    DONE AND ORDERED this 4th day of January, 2006.

                                                      _s/ M. Casey Rodgers_
                                                      **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**